

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

February 1, 1967

Honorable J. R. Singleton            Opinion No. M-18
Executive Director
Parks and Wildlife Department    Re:  Whether Acts 57 Leg. R.S.
Austin, Texas                          1961, Ch. 99, P. 186, de-
                                       prives the Parks and Wild-
                                       life Department of power
                                       to issue depredation permits
Dear Mr. Singleton:                    under Article 888, V.P.C.

        You have requested an opinion from this office upon
the above question.

        Article 888, Vernon's Penal Code, is a general statute
applying to every county in the State, allowing the Parks
and Wildlife Department to permit the killing of wild birds
or wild animals protected under Chapter 6, Title 13, Vernon's
Penal Code of Texas, without regard to the open or closed
season, bag limit, or night shooting, under certain circum-
stances and within certain limits when such wild birds or
wild animals are destroying crops or domestic animals. The
purpose of this statute is to prevent depredation by wild
fowl or animals protected by game laws.

        Acts 57th Leg. R. S. 1961, Ch. 99, P. 186 and codified
by Vernon as a "note" under Article 978j, applies only to
Dimmitt, Uvalde and Zavala Counties. Said Act makes it un-
lawful for any person to hunt, take, kill or possess, or
attempt to hunt, take or kill any game bird or game animal
in said Counties at any time, except at certain periods of
time determined by the Parks and Wildlife Department as nec-
essary for conservation of the wildlife resources. The pur-
pose of this statute is to protect the wildlife resources of
this State, within such counties from depletion and waste.

        Section 15 of said Act provides for the repeal of all
laws and parts of laws, both general and special prescrib-
ing an open season or period of time when it shall be lawful
to take or kill any of the wildlife resources, as defined
therein, of such counties, together with all laws prescrib-
ing a closed season for such killing or taking, as well as
all laws or parts of laws, general or special, prescribing
or limiting the method, means or manner in which any of the

wildlife resources of said counties are taken, and any and all laws, general and special, in conflict with the provisions of this Act.

Thus, the repealing clause repealed only those laws prescribing open and closed seasons for taking wildlife resources of such counties and was not intended to repeal any law controlling predators upon stock and crops for the benefit of stockmen and farmers. You are, therefore, advised that Article 888, Vernon's Penal Code, is not repealed and is applicable to Dimmitt, Uvalde and Zavala Counties as well as the other counties of this State, and the Parks and Wildlife Department has the authority to issue depredation permits pursuant to Article 888, Vernon's Penal Code, for use in Dimmitt, Uvalde and Zavala Counties.

S U M M A R Y

The Parks and Wildlife Department has the authority to issue depredation permits, under Article 888, Vernon's Penal Code, for the killing of wild birds or animals in Dimmitt, Uvalde and Zavala Counties, unaffected by Acts 57 Leg. R.S. 1961, Ch. 99, P. 186.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

RLL/dt

Prepared by R. L. Lattimore
Assistant Attorney General

APPROVED:

OPINION COMMITTEE:
Hawthorne Phillips, Chairman
W. V. Geppert, Co-chairman
John Reeves
Sam Kelley
W. O. Shultz

A. J. Carubbi, Jr.
Staff Legal Assistant